UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Peter G. Sheridan |
| : | Crim. No. 07-115 (PGS) |
| v. : | |
| : | <u>CONTINUANCE ORDER</u> |
| DARRYL BISHOP, : | |
|    a/k/a "Womack," : | |
| ERNEST DAVIS, : | |
|    a/k/a "Ern," and : | |
| ERIC LONG, : | |
|    a/k/a "E.G." : | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendants Darryl Bishop (by Gary Mizzone, Esq.), Ernest Davis (by Kenneth Kayser, Esq.), and Eric Long (by Anthony Mack, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendants desire additional time

      to meet and confer regarding a disposition, which would render trial of this matter unnecessary and save judicial resources;

ii. Defendants have consented to and requested the aforementioned continuance;

iii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(i), failure to grant this continuance would result in a miscarriage of justice.

WHEREFORE, on this ___1___ day of ~~March~~ April, 2008.

IT IS ORDERED that trial in this matter is continued from March 31, 2008 to June 2, 2008;

IT IS FURTHER ORDERED that the period from March 31, 2008 to June 2, 2008, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

IT IS FURTHER ORDERED that:

Motions must be filed by April 21, 2008.

Responses must be filed by May 5, 2008.

Motion hearing date set for May 19, 2008.

A pretrial conference is set for May 27, 2008.

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

HON. PETER G. SHERIDAN
United States District Judge