UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | : | Crim. No. 07-115 (PGS) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| DARRYL BISHOP, | : | |
| a/k/a "Womack," | : | |
| ERNEST DAVIS, | : | |
| a/k/a "Ern," and | : | |
| ERIC LONG, | : | |
| a/k/a "E.G." | : | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendants Darryl Bishop (by Gary Mizzone, Esq.), Ernest Davis (by Kenneth Kayser, Esq.), and Eric Long (by Anthony Mack, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

        i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendants desire additional time

to meet and confer regarding a disposition, which
would render trial of this matter unnecessary and
save judicial resources;

ii.  Defendants have consented to and requested the
aforementioned continuance;

iii. Pursuant to Title 18 of the United States Code,
Section 3161(h)(8)(A), the ends of justice served
by granting the continuance outweigh the best
interests of the public and the defendant in a
speedy trial;

iv.  Pursuant to Title 18 of the United States Code,
Section 3161(h)(8)(B)(i), failure to grant this
continuance would result in a miscarriage of
justice.

WHEREFORE, on this 29th day of May, 2008.

IT IS ORDERED that trial in this matter is continued from
June 2, 2008 to August 5, 2008;

IT IS FURTHER ORDERED that a pretrial conference is set for
July 29, 2008;

IT IS FURTHER ORDERED that the period from June 2, 2008 to
August 5, 2008, inclusive, shall be excludable in computing time
under the Speedy Trial Act of 1974, pursuant to Title 18, United
States Code, Section 3161(h)(8).

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.


HON.  PETER G. SHERIDAN
United States District Judge